## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GERONIMO F. ROSADO, JR., | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 24-CV-3802 |
| | : | |
| THE CITY OF CHESTER COUNTY, | : | |
| PENNSYLVANIA, *et al.*, | : | |
|     Defendant. | : | |

## ORDER

AND NOW, this 31st day of January, 2025, upon consideration of Plaintiff Geronimo F. Rosado, Jr.'s *pro se* Complaint (ECF No. 1), Motion and Notice to Remove Case from State Court (ECF No. 3), Emergency Petition to Intervene and for Temporary Restraining Order to Enjoin Unlawful Eviction (ECF Nos. 5 & 10); and Motion for Emergency Hearing (ECF Nos. 6 & 11), it is **ORDERED** that:

1. The Complaint is **DISMISSED WITHOUT PREJUDICE** for the reasons in the Court's Memorandum.

2. Because this Court lacks subject matter jurisdiction, the following cases are **REMANDED,** pursuant to 28 U.S.C. § 1447(c), to the Chester County District Court and the Chester County Court of Common Pleas: (1) *Kurtas v. Rosado*, MJ-15301-LT-0000094-2024, (2) *Rosado v. Kurtas*, MJ-15301-LT-0000140-2024, (3) *Rosado v. McCright & Assoc.*, No. 2024-04437 (C.P. Chester), and (4) *Rosado v. Kurtas*, 2024-06824 (C.P. Chester).

3. The Emergency Petition to Intervene and for Temporary Restraining Order to Enjoin Unlawful Eviction (ECF Nos. 5 & 10) and Motion for Emergency Hearing (ECF Nos. 6 & 11) are **DENIED**.

4. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

**BY THE COURT:**

*/s/ Gerald J. Pappert*

**Gerald J. Pappert, J.**